# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 0771

VERSUS

LUKE SIMMONS

**NOVEMBER 18, 2024**

---

In Re:    Luke Simmons, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-22-05076.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT GRANTED.** The district court is ordered to proceed toward disposition of relator's motion to quash, filed February 21, 2024, if it has not already done so.

> **MRT**
> **WRC**
> **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT